UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MANCILLA, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>CVS PHARMACY, INC.; and DOES 1 to 100, inclusive,<br><br>     Defendants. | Case No. 1:25-cv-01000-FRS (SKO)<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION PENDING BINDING ARBITRATION AND DISMISSING CLASS CLAIMS WITHOUT PREJUDICE**<br><br>**(ECF No. 10)** |

## ORDER

Based on the Parties' Stipulation (ECF No. 10) and good case having been shown, the Court hereby orders the following:

1.      Plaintiff's claims alleged in this action will be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2.      Plaintiff's putative class claims are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

3.      Plaintiff's action, Case No. 1:25-cv-01000, will be stayed pursuant pending completion of arbitration;

4.      The Court will retain jurisdiction to enforce the terms of this Stipulation and to vacate, confirm or modify any award entered in the arbitration proceedings; and

5.      By entering into this Stipulation, the Parties do not waive any rights, claims, remedies or defenses to the merits of Plaintiff's underlying claims in the Complaint or in any future arbitration proceeding.

IT IS SO ORDERED.

Dated:   **January 28, 2026**                    /s/ _Erin P. Groj_
                                                    UNITED STATES MAGISTRATE JUDGE

- 2 -

ORDER GRANTING STIPULATION TO STAY ACTION PENDING BINDING ARBITRATION